# United States Court of Appeals
# for the Fifth Circuit

_____

No. 23-10357
Summary Calendar
_____

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

KELVIN LEON WALKER,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CR-494-1

_____

United States Court of Appeals
Fifth Circuit
**FILED**
October 5, 2023
Lyle W. Cayce
Clerk

Before JOLLY, ENGELHARDT, and DOUGLAS, *Circuit Judges*.

PER CURIAM:*

The attorney appointed to represent Kelvin Leon Walker has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Walker has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur

_____

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 23-10357

with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.